# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARK SWANSON,<br><br>    Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:23-cv-0908-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Clark Swanson's certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of plaintiff Clark Swanson as required by the recent amendment to that rule.

I FURTHER ORDER plaintiff Clark Swanson to file a proper certificate of interested parties by June 23, 2023.

DATED this 15th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE