M. Caleb Meyer, Esq. (Nevada Bar No. 13379)
Renee M. Finch, Esq. (Nevada Bar No. 13118)
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:	(702) 363-5100
Facsimile:	(702) 363-5101
E-mail: cmeyer@messner.com
         rfinch@messner.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARK SWANSON, individually,<br><br>          Plaintiff(s)<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation, DOES Individuals and ROE Corporations or Business Entities I-X inclusive,<br>          Defendant(s) | 2:23-cv-00908-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff CLARK SWANSON, by and through counsel of record JASON M. WILEY, ESQ. and HAROLD J. ROSENTHAL, ESQ. of WILEY PETERSON, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:23-cv-00908 be dismissed, in its entirety, with prejudice, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

| | |
|---|---|
| DATED this 22nd day of February, 2024 | Dated this 22nd day of February, 2024. |
| **MESSNER REEVES LLP** | **WILEY PETERSON** |
| */s/ Renee M. Finch* | */s/ Harold J. Rosenthal* |
| M. Caleb Meyer, Esq.<br>Nevada Bar No. 13379<br>Renee M. Finch, Esq.<br>Nevada Bar No. 13118<br>8945 W. Russell Road Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant* | Jason M. Wiley, Esq.<br>Nevada Bar No. 9274<br>Harold J. Rosenthal, Esq.<br>Nevada Bar No. 10208<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: February 23, 2024